UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 23, 2023
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BRAYAN MISSAEL NUNEZ-MENDOZA,<br><br>　　　　Defendant. | Case No.  2:23-mj-00117-KJN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  BRAYAN MISSAEL NUNEZ-MENDOZA , Case No. 2:23-mj-00117-KJN , Charge 18 USC 841(a)(1), from custody for the following reasons:

　　_____　Release on Personal Recognizance

　　_____　Bail Posted in the Sum of $ _____

　　__X__　Unsecured Appearance Bond $   50,000.00

　　_____　Appearance Bond with 10% Deposit

　　_____　Appearance Bond with Surety

　　_____　Corporate Surety Bail Bond

　　_____　(Other):

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on August 23, 2023, at 2:40 PM.

　　　　　　　　　　　　　　　　By:　*/s/ Allison Claire*
　　　　　　　　　　　　　　　　　　　Magistrate Judge Allison Claire